UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-12-00026-001                                              October 31, 2012
                                                             9:35 a.m.

**UNITED STATES OF AMERICA  -vs- KUANYI CHEN aka "Pangzi"**

PRESENT:   HON. FRANCES TYDINGCO-GATEWOOD, DISTRICT JUDGE PRESIDING
           KIM WALMSLEY, LAW CLERK
           TINA MATSUNAGA, COURTROOM DEPUTY
           RAMI BADAWY, ASSISTANT U.S. ATTORNEY
           MARK HANSON, COURT-APPOINTED COUNSEL
           KUANYI CHEN, DEFENDANT
           DENNIS TSE, INTERPRETER FOR DEFENDANT

PROCEEDINGS:   CHANGE OF PLEA

Defendant Kuanyi Chen appeared in custody with court-appointed counsel, Mark Hanson.  Government was represented by Rami Badawy, Assistant United States Attorney. Also seated at government's table was Michael Lansangan, Special Agent, Homeland Security Investigations.  Margarita Wonenberg, U.S. Probation Officer, was also present in court.

Government stated that there were no victims in this case.

Dennis Tse appeared and was sworn as interpreter for the defendant.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the plea agreement.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial.  Defendant entered a plea of guilty to Count VII of the Indictment. Court found that the defendant was fully competent to enter a knowing, voluntary and intelligent plea. Court accepted the plea and the Plea Agreement.

Court ordered the Presentence Investigation Report be submitted by January 8, 2013, and that the **Sentencing Hearing** be set for **Wednesday**, **February 13, 2013**, at **9:30 a.m.**

Court ordered the plea agreement be unsealed and also ordered that the jury trial set for November 19, 2012 be vacated.

Court remanded the defendant into the custody of the U.S. Marshal.

Adjourned at 10:20 a.m.


/s/ Tina P. Matsunaga, Courtroom Deputy